# Court of Appeals
# of the State of Georgia

ATLANTA, March 30, 2017

*The Court of Appeals hereby passes the following order:*

## A17A1319. DENNIS JAMES BROWN v. DEBORAH A. DAVIS.

This case originated as a claim for damages in magistrate court. The magistrate court entered judgment in favor of the plaintiff, Deborah A. Davis. Defendant Dennis James Brown appealed to the superior court. The superior court also entered judgment in favor of Davis, and Brown filed this appeal. We, however, lack jurisdiction.

When a superior court order involves a de novo appeal from a magistrate court decision, an appellant is required to follow the discretionary application procedure in order to appeal. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Brown's failure to comply with the requisite procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 03/30/2017
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.